UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: A. Benjamin Goldgar

Hearing Date: October 23, 2017

Bankruptcy Case No. 17 B 17844

Adversary:

**Brief Statement of Motion:** James & Alicia Allegretti

Order that hearing will be conducted by Judge Hunt

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

The parties are advised that the hearing on the debtors' motion to determine value of security will be conducted by Judge Hunt in Courtroom 719. The hearing date stands, and the final pretrial order remains in effect, unless and until Judge Hunt orders otherwise.

[signature]